IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

James Lomax　　　　　　　　　　*

vs.　　　　　　　　　　　　　　　*　　　　　　Civil Action No.:

Pfizer Co., Inc.　　　　　　　　　*

　　　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　***

### DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ X ] I certify, as party/counsel in this case that _____James Lomax_____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[   ] The following corporate affiliations exist with
(name of party)

(names of affiliates)

[   ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

(names of entities with possible financial interests)

03/08/2007　　　　　　　　　　　　　　　　_____/s/_____
Date　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　Printed Bar Name:　　　PAUL A. WEYKAMP
　　　　　　　　　　　　　　　　　　　　Paul A. Weykamp #04162

　　　　　　　　Address:　　　　　　　　16 Stenersen Lane, Suite 2
　　　　　　　　　　　　　　　　　　　　Hunt Valley, MD 21030

　　　　　　　　Phone:　　　　　　　　　410-584-0660
　　　　　　　　Fax:　　　　　　　　　　410-584-1005