# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

James Lomax

_____
                    Plaintiff(s)

vs.

Pfizer, Inc.

_____
                    Defendant(s)

**S U M M O N S**

CIVIL ACTION NO. 1:07-cv-606

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:   Paul A. Weykamp, 16 Stenersen Lane, Suite 2, Hunt Valley, MD 21030

Tel 410-584-0660

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

Felicia C. Cannon, Clerk

By: _____
Deputy Clerk

DATE: 3/14-07

NOTICE - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at:  www.mdd.uscourts.gov

U.S. District Court (12/1999) - Summons