IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 OCT 11 P 12: 32

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

JAMES LOMAX        *
        Plaintiff    *
                    *
vs.                 *   Civil No.: WDQ 07-606
                    *
PFIZER INC.         *
        Defendant   *

******

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation and no objections having been filed, it is this 11th day of October, 2007,

ORDERED that this action be administratively closed while the case is pending in the transferee court.

_____
William D. Quarles, Jr.
United States District Judge