1699, CLOSED, XMDL

# U.S. District Court
# District of Maryland (Baltimore)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00606-WDQ
# Internal Use Only

| | |
|---|---|
| Lomax v. Pfizer Inc. | Date Filed: 03/08/2007 |
| Assigned to: Judge William D Quarles, Jr | Date Terminated: 10/11/2007 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Mr. James Lomax**  represented by  **Paul A Weykamp**
Law Offices of Paul A Weykamp PA
16 Stenersen Ln Ste 2
Hunt Valley, MD 21030
14105840660
Fax: 14105841005
Email: pweykamp@weykamplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2007 | | Case reassigned to Judge William D Quarles, Jr. Judge William M Nickerson no longer assigned to the case. (raf, Deputy Clerk) (Entered: 03/12/2007) |
| 03/08/2007 | 1 | COMPLAINT against Pfizer Inc. (Filing fee $ 350, Receipt #14637015143), filed by James Lomax. (Attachments: # 1 Civil Cover Sheet)(raf, Deputy Clerk) Modified on 3/12/2007 (raf, Deputy Clerk). (Entered: 03/12/2007) |
| 03/08/2007 | | Jury Trial Demand by James Lomax. (raf, Deputy Clerk) (Entered: 03/12/2007) |
| 03/08/2007 | 2 | Local Rule 103.3 Disclosure Statement by James Lomax. (raf, Deputy Clerk) (Entered: 03/12/2007) |
| 03/14/2007 | 3 | Summons Issued 60 days as to Pfizer Inc. (raf, Deputy Clerk) (Entered: 03/14/2007) |
| 09/12/2007 | | (Court only) ***Set/Clear Flags (raf, Deputy Clerk) (Entered: 09/12/2007) |

| | | |
|---|---|---|
| 10/11/2007 | 4 | ORDER administratively closing case. Signed by Judge William D Quarles Jr. on 10/11/07. (jnls, Deputy Clerk) (Entered: 10/11/2007) |
| 10/11/2007 | | (Court only) ***Civil Case Terminated. (jnls, Deputy Clerk) (Entered: 10/11/2007) |
| 10/15/2007 | 5 | CERTIFIED TRANSFER ORDER from the MDL Panel transferring this case to the USDC Northern District of California (jnl, Deputy Clerk) (Entered: 10/15/2007) |